UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00101 |
| | ) | JUDGE CAMPBELL |
| TEQUILA MARSH | ) | |

ORDER

On July 19, 2013, the Court held a status conference. An alternative change of plea hearing date is scheduled for July 30, 2013, at 1:00 p.m. Any proposed plea agreement shall be submitted to the Court on or before July 29, 2013. The parties also requested a consolidated sentencing hearing with case number 3:09-00291, which is set for August 29, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE