UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00101 |
| ) | JUDGE CAMPBELL |
| TEQUILA MARSH ) | |

## ORDER

Pending before the Court is a Motion to Continue Plea Hearing (Docket No. 13). The Motion is GRANTED and the alternative plea hearing scheduled for July 30, 2013, is CANCELLED.

Pursuant to Order (Docket No. 4), the pretrial conference and/or change of plea hearing remains scheduled for August 9, 2013, at 9:00 a.m. and the trial remains scheduled for August 13, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE